THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Donita Shabre
 Ruger, Appellant.
 
 
 

Appeal From Richland County
 James R. Barber, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-543
 Submitted November 2, 2009  Filed
November 19, 2009    

Affirmed

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Deborah R.J. Shupe, and Solicitor Warren B. Giese, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Donita Shabre Ruger appeals her
 conviction and eighteen month sentence for breach of trust with fraudulent
 intent.  Ruger argues the trial court erred in failing to hold a hearing to
 determine the voluntariness of her confession and failing to give a jury
 instruction on the reliability of her confession.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the
 following authorities: State v. Dunbar, 356 S.C. 138, 142, 587 S.E.2d 691, 694 (2003)
 ("A party may not argue one ground [for error] at trial and an alternate
 ground on appeal."); State v. Brown, 362 S.C. 258, 261-62, 607
 S.E.2d 93, 95 (Ct. App. 2004) (noting the law to be charged is determined by
 the evidence presented at trial).
AFFIRMED.
HEARN, C.J., HUFF, and GEATHERS, J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.